**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greg Shannon Levitt, et al., | No. CV-18-00437-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Wells Fargo NA, | |
| Defendant. | |

Pending before the Court are "Affidavit of Plaintiff in Support of Motion for Temporary Restraining Order or Motion for Preliminary Injunction" (Doc. 1)[1] and Greg Shannon Levitt's Application for Leave to Proceed In Forma Pauperis (Doc. 2). Based on the below, the Temporary Restraining Order ("TRO") and the Application for Leave to Proceed In Forma Pauperis shall be denied.

Rule 65 of the Federal Rules of Civil Procedure states that a TRO without notice will not be issued unless there are "(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1); LRCiv 65.1 ("Ex parte restraining orders shall only issue in accordance with Rule 65, Federal Rules of Civil Procedure."). The Greg

---

[1] As pro se pleadings should be read more liberally, this shall be considered a motion for a TRO or preliminary injunction. *Hebbe v. Pliler*, 627 F.3d 338, 344 (9th Cir. 2010) (quoting *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*)).

Shannon Levitt's affidavit states that the house in question is scheduled for "Trustee's Foreclosure Sale" on August 29, 2018, at 11:30 a.m., which he believes presents irreparable injury. (Doc. 1 at 3.) It also states that he was aware of Wells Fargo's claim since March 26, 2018. *Id.* at 2. However, he filed nothing until the afternoon before the scheduled sale. *Id.* Further the affidavit includes a certification that he contacted "Nathan" at "Champion" on August 27, 2019, to inquire if the sale could be postponed to allow for arbitration, mediation, or settlement. *Id.* at 5–6. However, the affidavit does not include any indication that Plaintiffs made any efforts to give Defendant notice of the request for TRO or why notice should not be required.

The Court will require briefing on the following schedule on the motion for a preliminary injunction. Plaintiffs shall serve this Order and their motion on Defendant within 5 days of this Order being filed. Defendant shall file a response to the motion within 10 days of receiving service of this Order and the motion. Plaintiffs may file a reply within 5 days of the response.

As to the "Application for Leave to Proceed In Forma Pauperis," when there are multiple plaintiffs, each plaintiff must file an application to proceed *in forma pauperis*. Plaintiffs must show that they are unable to pay the required court fees. 28 U.S.C. § 1915(a). Without both Plaintiffs' information it is impossible to ascertain the combined ability to pay the prescribed court fees. Therefore, the "Application for Leave to Proceed In Forma Pauperis" is denied. Plaintiffs shall either refile the application or pay the $400 fee within 5 days of this Order being filed.

IT IS ORDERED that Plaintiffs' motion for a TRO is denied.

IS IF FURTHER ORDERED that Plaintiffs' shall serve this Order and the motion for a preliminary injunction on Defendant within 5 days of this Order being filed. Defendant shall file a response to the motion within 10 days of being served with this Order and the motion. Plaintiffs may file a reply within 5 days of Defendant's response being filed.

IT IS FURTHER ORDERED that Plaintiff Greg Shannon Levitt's Application for

| | |
|---|---|
| 1 | Leave to Proceed In Forma Pauperis (Doc. 2) is denied with leave to amend within 5 days |
| 2 | of this Order being filed. In the alternative, Plaintiffs may pay the $400 filing fee within 5 |
| 3 | days of this Order being filed. |
| 4 | IT IS FURTHER ORDERED that if Plaintiffs fail to either file the Application to |
| 5 | Proceed in District Court Without Prepaying Fees or Costs (Long Form) or pay the $400 |
| 6 | filing within 5 days of this Order being filed, the Clerk of the Court shall enter judgment |
| 7 | in this case without further notice. |
| 8 | Dated this 29th day of August, 2018. |

*(signature)*

Honorable James A. Soto
United States District Judge